# U.S. District Court
# District of Maine (Bangor)
# CRIMINAL DOCKET FOR CASE #: 1:11−cr−00017−JAW All Defendants

Case title: USA v. VOISINE

Date Filed: 03/11/2011
Date Terminated: 02/14/2012

Assigned to: JUDGE JOHN A. WOODCOCK, JR

**Defendant (1)**

**STEPHEN L VOISINE**
*TERMINATED: 02/14/2012*

represented by **VIRGINIA G. VILLA**
FEDERAL DEFENDER'S OFFICE
KEY PLAZA, 2ND FLOOR
SUITE 206
23 WATER STREET
BANGOR, ME 04401
(207) 992−4111 Ext. 102
Email: Virginia_Villa@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| POSSESSION OF A FIREARM BY A PERSON CONVICTED OF A MISDEMEANOR CRIME OF DOMESTIC VIOLENCE; 18:922(g)(9) (1) | Defendant sentenced to 12 months and 1 day on Count 1 and 9 months imprisonment on Count 2 to be served concurrently; 2 years supervised release on Count 1 and 1 year supervised release on Count 2; $125.00 special assessment. Defendant to self−report. |
| KILLING A BALD EAGLE; 16:668(a) (2) | Defendant sentenced to 12 months and 1 day on Count 1 and 9 months imprisonment on Count 2 to be served concurrently; 2 years supervised release on Count 1 and 1 year supervised release on Count 2; $125.00 special assessment. Defendant to self−report. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level**

**(Terminated)**

None

**Complaints**            **Disposition**

None

---

**Plaintiff**

**USA**        represented by    **F. TODD LOWELL**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
202 HARLOW STREET, ROOM 111
BANGOR, ME 04401
207–945–0373
Email: todd.lowell@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/11/2011 | 1 | | WAIVER OF INDICTMENT by STEPHEN L VOISINE. (jlg) (Entered: 03/11/2011) |
| 03/11/2011 | 2 | | INFORMATION as to STEPHEN L VOISINE (1) count(s) 1, 2. (jlg) (Entered: 03/11/2011) |
| 03/11/2011 | 3 | | SYNOPSIS as to STEPHEN L VOISINE. (jlg) (Entered: 03/11/2011) |
| 03/11/2011 | 5 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR. as to STEPHEN L VOISINE: Initial Appearance held; Attorney Appointment Hearing held, Attorney Virginia G. Villa appointed; Waiver of Indictment signed and Arraignment held as to Counts 1, and 2; Plea entered: Not Guilty on counts 1 and 2; Plea Accepted, Bond Hearing Held, Unsecured Bond set and made in amount of $5,000.00. Defendant released on conditions. (Court Reporter: Julie Edgecomb) (jlg) Modified on 6/15/2011 to add bond hearing text (jlg). (Entered: 03/11/2011) |
| 03/11/2011 | 7 | | ORDER IN RESPECT TO DISCOVERY as to STEPHEN L VOISINE Motions due by 3/25/2011. Ready for Trial on 5/3/2011. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 03/11/2011) |
| 03/11/2011 | 8 | | ORDER Setting Conditions of Release as to STEPHEN L VOISINE. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 03/11/2011) |
| 03/11/2011 | 9 | | Appearance Bond ( Unsecured ) as to STEPHEN L VOISINE. (jlg) (Entered: 03/11/2011) |
| 03/15/2011 | 10 | | MOTION to Dismiss *Count I of the Information with Incorporated Memorandum* by STEPHEN L VOISINE Responses due by 4/5/2011. (Attachments: # 1 transcript of 2/2/04, # 2 complaint)(VILLA, VIRGINIA) Modified on 3/15/2011 to name attachments (bld). (Entered: 03/15/2011) |
| 03/28/2011 | 11 | | TRIAL LIST as to STEPHEN L VOISINE Jury Selection set for 5/3/2011 |

| | | | |
|---|---|---|---|
| | | | 09:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On Trial List for 5/3/2011. Trial Brief due by noon on 4/26/2011. (jgw) (Entered: 03/28/2011) |
| 04/05/2011 | 12 | | RESPONSE in Opposition by USA as to STEPHEN L VOISINE re 10 MOTION to Dismiss *Count I of the Information* Reply due by 4/19/2011. (Attachments: # 1 Police Report)(LOWELL, F.) Modified on 4/6/2011 to remove extra text(jlg). (Entered: 04/05/2011) |
| 04/11/2011 | 13 | | REPLY TO RESPONSE to 10 MOTION to Dismiss *Count I of the Information* by STEPHEN L VOISINE (VILLA, VIRGINIA) (Entered: 04/11/2011) |
| 04/14/2011 | 14 | | ORDER denying 10 Motion to Dismiss Count I of the Information as to STEPHEN L VOISINE (1). By JUDGE JOHN A. WOODCOCK, JR. (MFS) (Entered: 04/14/2011) |
| 04/14/2011 | 15 | | NOTICE OF HEARING as to STEPHEN L VOISINE Change of Plea Hearing set for 5/17/2011 02:00 PM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judges refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. **Counsel shall file the prosecution version and any plea agreement at least 2 business days prior to the change of plea.** (Check for Receipt of Prosecution Version and any Plea Agreement on 5/13/2011.) (jgw) (Entered: 04/14/2011) |
| 04/14/2011 | 16 | | Unopposed MOTION to Continue *Trial Date* by STEPHEN L VOISINE Responses due by 5/5/2011. (VILLA, VIRGINIA) (Entered: 04/14/2011) |
| 04/14/2011 | 17 | | SPEEDY TRIAL ORDER granting 16 Motion to Continue Time excluded from 5/3/11 until 6/7/11 as to STEPHEN L VOISINE (1) By JUDGE JOHN A. WOODCOCK, JR. (jgw) (Entered: 04/14/2011) |
| 04/14/2011 | | | Reset Deadlines as to STEPHEN L VOISINE Regarding Order on Motion to Continue : Ready for Trial on 6/7/2011. (jgw) (Entered: 04/15/2011) |
| 04/27/2011 | 18 | | TRIAL LIST as to STEPHEN L VOISINE: Jury Selection set for 6/7/2011 09:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. On Trial List for 6/7/2011. Trial Brief due by 12:00 noon on 5/31/2011. (jlg) (Entered: 04/27/2011) |
| 05/09/2011 | 19 | | Unopposed MOTION to Continue *Plea Date* by STEPHEN L VOISINE Responses due by 5/31/2011. (Attachments: # 1 Obituary)(VILLA, VIRGINIA) Modified on 5/9/2011 to correct attachment name (jlg). (Entered: 05/09/2011) |
| 05/09/2011 | 20 | | SPEEDY TRIAL ORDER granting 19 Motion to Continue Change of Plea Hearing– Time excluded from 6/7/2011 until 6/13/2011 as to STEPHEN L VOISINE (1) By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 05/09/2011) |

| 05/09/2011 | 21 | | NOTICE OF RESCHEDULED HEARING as to STEPHEN L VOISINE: Change of Plea Hearing set for 6/13/2011 10:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. **Counsel shall file the prosecution version and any plea agreement at least 2 business days prior to the change of plea.** (Check for Receipt of Prosecution Version and any Plea Agreement on 6/9/2011.) (jlg) (Entered: 05/09/2011) |
| --- | --- | --- | --- |
| 06/03/2011 | <u>22</u> | | PROSECUTION VERSION as to STEPHEN L VOISINE (LOWELL, F.) (Entered: 06/03/2011) |
| 06/08/2011 | <u>23</u> | | PROSECUTION VERSION *(Amended)* as to STEPHEN L VOISINE (LOWELL, F.) (Entered: 06/08/2011) |
| 06/13/2011 | 24 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR: Change of Plea Hearing held as to STEPHEN L VOISINE, Conditional Guilty Plea entered as to Count 1; Guilty plea entered as to Count 2; Plea accepted. Conditional Plea signed. Defendant released on same bail conditions. (Court Reporter: Julie Edgecomb) (jlg) (Entered: 06/13/2011) |
| 06/13/2011 | <u>25</u> | | CONDITIONAL PLEA as to STEPHEN L VOISINE. (jlg) (Entered: 06/13/2011) |
| 08/29/2011 | 26 | | NOTICE OF HEARING as to STEPHEN L VOISINE. <br>Counsel are required to notify the Clerks Office immediately if the PSC and Sentencing should be held on separate dates. <br>Presentence Conference set for 9/12/2011 at 10:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. Sentencing set for 9/12/2011 at 10:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 08/29/2011) |
| 08/30/2011 | 27 | | NOTICE OF HEARING as to STEPHEN L VOISINE: Presentence Conference set for 9/12/2011 10:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. PSC set separately at the request of defense counsel. (jlg) (Entered: 08/30/2011) |
| 08/30/2011 | 28 | | NOTICE OF RESCHEDULED HEARING as to STEPHEN L VOISINE: Presentence Conference set for 9/16/2011 11:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. (jlg) (Entered: 08/30/2011) |
| 09/16/2011 | 29 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Presentence Conference held as to STEPHEN L VOISINE. (Court Reporter: Julie Edgecomb) (MFS) (Entered: 09/16/2011) |
| 09/16/2011 | 30 | | NOTICE OF HEARING as to STEPHEN L VOISINE. Sentencing set for 10/3/2011 at 10:00 AM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 09/16/2011) |
| 10/03/2011 | 31 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Conference of Counsel held as to STEPHEN L VOISINE; Sentencing is continued and this matter is to be set for a conference November 3, 2011 at 2:30 p.m. (Court Reporter: Julie Edgecomb) (jgw) (Entered: 10/03/2011) |
| 10/03/2011 | 32 | | NOTICE OF HEARING as to STEPHEN L VOISINE Conference of Counsel set for 11/3/2011 02:30 PM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. (jgw) (Entered: 10/03/2011) |

| 10/21/2011 | 33 | | NOTICE OF RESCHEDULED HEARING as to STEPHEN L VOISINE Conference of Counsel RESCHEDULED for 11/4/2011 09:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR.. (cef) (Entered: 10/21/2011) |
|---|---|---|---|
| 11/04/2011 | 34 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Conference of Counsel held as to STEPHEN L VOISINE. Matter to be reconferenced on 12/5/2011 at 9:00 a.m. (Court Reporter: Julie Edgecomb) (jgw) (Entered: 11/04/2011) |
| 11/04/2011 | 35 | | NOTICE OF HEARING as to STEPHEN L VOISINE Conference of Counsel set for 12/5/2011 09:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. (jgw) (Entered: 11/04/2011) |
| 12/05/2011 | 36 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Conference of Counsel held as to STEPHEN L VOISINE. Matter to be reconferenced on 1/18/2012 at 10:00 a.m. (Court Reporter: Julie Edgecomb) (MFS) (Entered: 12/05/2011) |
| 12/05/2011 | 37 | | NOTICE OF HEARING as to STEPHEN L VOISINE Conference of Counsel set for 1/18/2012 at 10:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 12/05/2011) |
| 12/15/2011 | 38 | | NOTICE OF RESCHEDULED HEARING as to STEPHEN L VOISINE Conference of Counsel set for 1/17/2012 09:00 AM in Judge Woodcock's Chambers before JUDGE JOHN A. WOODCOCK JR. (jgw) (Entered: 12/15/2011) |
| 01/17/2012 | 39 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR:Conference of Counsel held as to STEPHEN L VOISINE. (Court Reporter: Julie Edgecomb) (MFS) (Entered: 01/17/2012) |
| 01/17/2012 | 40 | | NOTICE OF HEARING as to STEPHEN L VOISINE. Sentencing set for 2/13/2012 at 3:00 PM in Main Courtroom, Bangor before JUDGE JOHN A. WOODCOCK JR. (MFS) (Entered: 01/17/2012) |
| 02/13/2012 | 41 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR: Sentencing held on 2/13/2012 as to STEPHEN L VOISINE. Defendant sentenced to 12 months and 1 day on Count 1 and 9 months imprisonment on Count 2 to be served concurrently; 2 years supervised release on Count 1 and 1 year supervised release on Count 2; $125.00 special assessment. Defendant released on same bail conditions and to self−report on March 30, 2012. (Court Reporter: Julie Edgecomb) (jlg) (Entered: 02/13/2012) |
| 02/13/2012 | 42 | | COURT EXHIBIT LIST from Sentencing held on 2/13/2012 as to defendant(s) STEPHEN L VOISINE. (jlg) (Entered: 02/13/2012) |
| 02/14/2012 | 43 | 11 | JUDGMENT as to STEPHEN L VOISINE (1), Count(s) 1, 2, Defendant sentenced to 12 months and 1 day on Count 1 and 9 months imprisonment on Count 2 to be served concurrently; 2 years supervised release on Count 1 and 1 year supervised release on Count 2; $125.00 special assessment. Defendant to self−report. By JUDGE JOHN A. WOODCOCK, JR. (jlg) (Entered: 02/14/2012) |
| 02/15/2012 | 44 | 9 | NOTICE OF APPEAL by STEPHEN L VOISINE . **NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded** |

| | | | |
|---|---|---|---|
| | | | **from our web site at http://www.med.uscourts.gov/operations/forms/transcript order.pdf MUST be completed and submitted to the Court of Appeals.**<br><br>NOTICE TO COUNSEL: Counsel should register for a First Circuit CMECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel should also review the First Circuit requirements for electronic filing by visiting the CMECF Information section at http://www.ca1.uscourts.gov/efiling.htm.<br><br>(VILLA, VIRGINIA) (Entered: 02/15/2012) |
| 02/15/2012 | | | COPIES of Notice of Appeal Sent to Counsel as to STEPHEN L VOISINE re 44 Notice of Appeal – Final Judgment (jgw) (Entered: 02/15/2012) |
| 02/15/2012 | 45 | 7 | APPEAL COVER SHEET as to STEPHEN L VOISINE re 44 Notice of Appeal – Final Judgment (jgw) (Entered: 02/15/2012) |
| 02/15/2012 | 46 | 8 | CLERK'S CERTIFICATE as to STEPHEN L VOISINE re 44 Notice of Appeal – Final Judgment, Documents Sent to U.S. Court of Appeals. (jgw) (Entered: 02/15/2012) |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| D.C. #  1:11-CR-00117-JAW | C.C.A. # |
|---|---|
| CASE TITLE: USA v. STEPHEN L. VOISINE || 
| Name of Counsel for Appellant(s): | Virginia G. Villa, AFD |
| Name of Counsel for Appellee(s): | F. Todd Lowell, AUSA |
| Name of Judge: | John A. Woodcock, Jr. |
| Court Reporter(s) & Dates: | FTR: 3/11/11,<br>Julie Edgecomb: 6/13/11, 9/16/11, 10/3/11, 11/4/11, 12/5/11, 1/17/12 and 2/13/12 |
| Transcript Ordered? | ☐ Yes   ☒ No |
| Court Appointed Counsel? | ☒ Yes   ☐ No |
| Fee Paid? | ☐ Yes   ☒ No |
| In Forma Pauperis? | ☒ Yes   ☐ No |
| Motions Pending? | ☐ Yes   ☒ No |
| Guidelines Case? | ☒ Yes   ☐ No |
| Related Case on Appeal? | ☐ Yes   ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:11-CR-00017-JAW |
| | ) |
| STEPHEN L. VOISINE | ) |

## CLERK'S CRIMINAL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:   45   Appeal Cover Sheet
46   Clerk's Certificate
44   Notice of Appeal
43   Judgment

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic and sealed documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Sealed Documents:

The **Presentence Investigation Report** has been mailed this date under seal.

Dated *February 15, 2012.*

CHRISTA K. BERRY, Clerk

By: _____/s/ Julie G. Walentine_____
Case Manager

Receipt of the above is hereby acknowledged this _____day of _____, 20_____.

USCA Docket No._____

By:_____
Case Manager

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. VOISINE, )<br>)<br>Defendant. ) | Criminal No. 11-17-JAW |

## NOTICE OF APPEAL

The defendant, by and through his counsel, hereby gives notice that he appeals the final Judgment entered against him on February 13, 2012, by the United States District Court for the District of Maine, the Honorable John A. Woodcock, Jr., to the United States Court of Appeals for the First Circuit.

Dated: February 15, 2012

Respectfully submitted,

/s/ *Virginia G. Villa*

VIRGINIA G. VILLA
Assistant Federal Defender
Attorney for Defendant
Key Plaza, Second Floor
23 Water Street
Bangor, ME 04401
(207) 992-4111

Certificate of Service

I hereby certify that on February 15, 2012, I electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

F. Todd Lowell, Assistant U.S. Attorney,

and I hereby certify that on February 15, 2012, I have filed by United States Postal Service, the documents to the following non-registered participant:

Stephen L. Voisine


/s/ *Virginia G. Villa*
Assistant Federal Defender
Key Plaza, Second Floor
23 Water Street
Bangor, ME 04401
207-992-4111
Virginia_Villa@fd.org

# United States District Court
## District of Maine

UNITED STATES OF AMERICA

V.

STEPHEN L. VOISINE

JUDGMENT IN A CRIMINAL CASE

Case Number: 1-11-CR-000017-001
USM Number: 06973-036

Virginia G. Villa, AFD
Defendant's Attorney

**THE DEFENDANT:**
☒ pleaded guilty to count(s) 1 and 2 of an Information.
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

**The defendant is adjudicated guilty of these offenses:**

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 922(g)(9) and 924(a)(2) | Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence | 10/18/2009 | 1 |
| 16 U.S.C. § 668(a) | Killing a Bald Eagle | 10/18/2009 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____.
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

February 13, 2012
Date of Imposition of Judgment

*/s/ John A. Woodcock, Jr.*
Signature of Judge

John A. Woodcock, Jr., Chief U.S. District Judge
Name and Title of Judge

February 14, 2012
Date Signed

Judgment—Page 2 of 6

DEFENDANT: STEPHEN L. VOISINE
CASE NUMBER: 1-11-CR-000017-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>12 months and 1 day on Count1 and 9 months on Count 2, to be served concurrently.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐    at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐    as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☒    before 2 p.m. on <u>Friday, March 30, 2012</u>.
    ☐    as notified by the United States Marshal.
    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: STEPHEN L. VOISINE
CASE NUMBER: 1-11-CR-000017-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>2 years on Count 1 and 1 year on Count 2, to be served concurrently.</u>

The Defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two additional drug tests during the term of supervision, but not more than 120 drug tests per year thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. This provision does not permit the use of marijuana even with a prescription, without further permission of the Court or probation officer.
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 09-08) Judgment in a Criminal Case
    Sheet 3C – Supervised Release

Judgment—Page 4 of 6

DEFENDANT: STEPHEN L. VOISINE
CASE NUMBER: 1-11-CR-000017-001

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall participate in mental health treatment, as directed by the supervising officer, until released from the program by the supervising officer. Defendant shall pay/co-pay for services during such treatment, to the supervising officer's satisfaction;

2. Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests;

3. Defendant shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product is alcoholic beverages, and shall not use any medication containing alcohol without permission from the supervising officer or a prescription from a licensed physician; and

4. Defendant shall not own or possess any firearm or other dangerous weapon, or knowingly be at any time in the company of anyone known by him to possess a firearm or other dangerous weapon.

AO 245B (Rev. 09-08) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment—Page 5 of 6

DEFENDANT: STEPHEN L. VOISINE
CASE NUMBER: 1-11-CR-000017-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Count | Assessment | Fine | Restitution |
|---|---|---|---|---|
| | 1 | $ 100.00 | $ 0.00 | $ 0.00 |
| | 2 | $ 25.00 | $ 0.00 | $ 0.00 |
| Totals: | | $ 125.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ ___

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 United State Code, for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT: STEPHEN L. VOISINE
CASE NUMBER: 1-11-CR-000017-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $125.00 due immediately, balance due
☒ Any amount that the defendant is unable to pay now is due and payable during the term of incarceration. Upon release from incarceration, any remaining balance shall be paid in monthly installments, to be initially determined in amount by the supervising officer. Said payments are to be made during the period of supervised release, subject always to review by the sentencing judge on request, by either the defendant or the government.
☐ not later than                    , or
☐ in accordance with   ☐ C,   ☐ D, or   ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal         *(e.g., weekly, monthly, quarterly)* installments of $         over a period of         *(e.g., months or years)*, to commence         *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal         *(e.g., weekly, monthly, quarterly)* installments of $         over a period of         *(e.g., months or years)*, to commence         *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within         *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.