# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, }<br>      Appellee, }<br>v. }<br>  }<br>STEPHEN L. VOISINE, }<br>      Appellant. } | CASE No. 12-1213 |

## APPELLANT'S ASSENTED TO MOTION TO EXTEND TIME
## FOR FILING BRIEF

Now comes Appellant, Stephen L. Voisine, by his attorney, Virginia G. Villa, Assistant Federal Defender, Federal Defender's Office of Maine, and requests that the time for filing the Appellant's Brief be extended from April 16, 2012 up to and including June 18, 2012. In support of the requested Motion, counsel states:

1. Notice of Appeal was filed, by the defendant, on February 21, 2012.

2. Briefing Notice was entered on March 5, 2012. The Briefing Notice ordered that Appellant's brief be filed on or before April 16, 2012.

3. Counsel for Mr. Voisine makes this request to allow further time for production and filing of the transcript of the sentencing hearing held on February 13, 2012, which has been requested and the transcript order has been filed this date. Defense counsel did not anticipate needing a transcript of said hearing, but in preparation of Appellant's Brief, and after conferring with the government on joint filings, finds that it would be prudent to order said transcript for the writing of said brief and has ordered the transcript.

4. Counsel for Defendant also has plans to be out-of-state for a portion of May to attend two family functions; her elder daughter's wedding and her younger daughter's commission ceremony, for which counsel also requests this extension.

5. Renee Bunker, Assistant United States Attorney of the Appellate Unit for the United States Attorney's Office in the District of Maine, has no objection to this requested extension of time.

      /s/ *Virginia G. Villa*

      Virginia G. Villa, Esq.. #124070
      Attorney for Appellant Alton Sherman
      Assistant Federal Defender
      23 Water Street
      Bangor ME 04401
      207-992-4111
      Virginia.G.Villa@fd.org

Dated: April 5, 2012

## Certificate of Service

I, Virginia G. Villa, attorney for Stephen L. Voisine, hereby certify that on April 5, 2012, I electronically filed with the Clerk of Court, using the CM/ECF system, Appellant's Assented to Motion to Extend Time for Filing Brief, which will send notification of such filing to the following:

      Renee Bunker, Assistant U.S. Attorney.

/s/ *Virginia G. Villa*
Assistant Federal Defender