# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| **UNITED STATES,** )  | |
|     **Appellee** ) | |
| ) | |
| **v.** ) | **CA. No. 12-1213** |
| ) | |
| **STEPHEN L. VOISINE,** ) | |
|     **Defendant-Appellant** ) | |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

NOW COMES the United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, and Renée M. Bunker, Assistant U.S. Attorney, and respectfully moves for an extension of time by which to file the Government's brief from July 23, 2012 through August 23, 2012. In support of this motion, the Government states the following

1. On June 13, 2012, Government counsel filed a brief in <u>United States v. Easton Wilson</u>, CA No. 12-1038.

2. On June 15, 2012, Government counsel filed a brief in <u>United States v. Paul Mounts</u>, CA No. 11-2461.

3. On June 28, 2012, Government counsel filed a brief in <u>United States v. James Mills</u>, CA No. 11-1249.

4. On July 3, 2012, Government counsel filed a brief in <u>United States v. George Washington</u>, CA No. 12-1177.

5. On July 11, 2012, Government counsel filed a brief in <u>United States v. Ebony Davis</u>, CA No. 11-2441.

6. Government counsel was out the office and in California from July 13, 2012 through July 16, 2012.

7. On July 17, 2012, Government counsel filed a brief in United States v. Lonnell Brown, CA No. 12-1305.

8. On July 20, 2012, Government counsel will be filing a brief in United States v. Dung Le, CA No. 12-1054.

9. Government counsel has the following additional briefs due as indicated: United States v. Donald Turner, CA No. 11-2481, due August 6, 2012; United States v. William Armstrong, CA No. 12-1216, due August 13, 2012; United States v. Willard John Allen, CA No. 12-1479, due August 16, 2012; and a response to a 28 U.S.C. § 2255 petition due in the district court on August 20, 2012 in Durrell Williams v. United States, Crim. No. 08-cr-112-GZS, Civ. No. 12-cv-133-GZS..

10. Assistant Federal Defender Virginia G. Villa, counsel for Appellant, does not object to this motion.

WHEREFORE, the Government respectfully requests that the Court grant this motion to extend time and order that the Appellee's brief in the instant case be due on August 23, 2012.

> Respectfully submitted,
>
> Thomas E. Delahanty II
> United States Attorney
>
> /s/Renée M. Bunker
> Assistant U.S. Attorney

Dated: July 19, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2012, I electronically filed the foregoing Appellee's Motion to Extend to File Brief with the Clerk of Court using the CM/ECF system and notification of such filing will be sent by U.S. to the following:

Virginia G. Villa
Federal Defender's Office
Key Plaza, 2nd Floor
23 Water Street
Bangor, ME 04401
(207) 992-4111 Ext. 102
virginia_villa@fd.org

                                                  /s/Robert H. Booth, Jr.
                                                  Paralegal Specialist