# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES,<br>      Appellee | )<br>)<br>) |
| v. | )    CA. No. 12-1213<br>) |
| STEPHEN L. VOISINE,<br>      Defendant-Appellant | )<br>) |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

NOW COMES the United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, and Renée M. Bunker, Assistant U.S. Attorney, and respectfully moves for an extension of time by which to file the Government's brief from August 23, 2012 through September 24, 2012. In support of this motion, the Government states the following

1. On July 17, 2012, Government counsel filed a brief in United States v. Lonnell Brown, CA No. 12-1305.

2. On July 20, 2012, Government counsel filed a brief in United States v. Dung Le, CA No. 12-1054.

3. On July 26, 2012, Government counsel filed a brief in United States v. Donald Turner, CA No. 11-2481.

4. On August 9, 2012, Government counsel filed a response to a 28 U.S.C. § 2255 petition in the district court in Durrell Williams v. United States, Crim. No. 08-cr-112-GZS, Civ. No. 12-cv-133-GZS.

5. Government counsel has the following additional briefs due as indicated: United States v. Frederick Gates, 10-2163, due September 17, 2012 and which counsel has made a top priority given prior extensions; United States v. William Armstrong III, CA No. 12-1216,

due September 17, 2012; United States v. Willard Allen, CA No. 12-1479, due September 17, 2012; and United States v. Wayne Carter, CA No. 12-1499, due September 24, 2012.

6. On September 6, 2012, Government counsel has oral argument before the Court in United States v. James Mills, CA No. 11-1249.

7. On September 12, 2012, Government counsel has oral argument before the Court in United States v. Anthony Jones, CA No. 11-1764.

8. Assistant Federal Defender Virginia G. Villa, counsel for Appellant, does not object to this motion.

WHEREFORE, the Government respectfully requests that the Court grant this motion to extend time and order that the Appellee's brief in the instant case be due on September 24, 2012.

    Respectfully submitted,

    Thomas E. Delahanty II
    United States Attorney


    /s/Renée M. Bunker
    Assistant U.S. Attorney

Dated: August 21, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2012, I electronically filed the foregoing Appellee's Motion to Extend to File Brief with the Clerk of Court using the CM/ECF system and notification of such filing will be sent by U.S. to the following:

Virginia G. Villa
Federal Defender's Office
Key Plaza, 2nd Floor
23 Water Street
Bangor, ME 04401
(207) 992-4111 Ext. 102
virginia_villa@fd.org

                                        /s/Robert H. Booth, Jr.
                                        Paralegal Specialist