# United States Court of Appeals
### For the First Circuit

No. 12-1213

UNITED STATES

Appellee

v.

STEPHEN L. VOISINE

Defendant - Appellant

**CALENDARING NOTICE**

Issued: December 6, 2012

      This case is presently scheduled to be called for oral argument on **January 07, 2013** at in **Boston, MA**. There will be no continuance except for grave cause.

      Within two weeks after the date of this notice, counsel for each party should advise this office of the name of the person who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

      The identity of the panel, as well as the time allotted for oral argument, will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

      **Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check-in with the courtroom deputy.** Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

      Recordings of all proceedings in cases by parties before the court will be made available online unless the court orders otherwise or the court closes the proceedings to the public. Counsel therefore should consider the privacy implications of this before argument.

      On occasion, cases scheduled for oral argument are removed from the calendar before

the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Renee M. Bunker
Frank Todd Lowell
Margaret D. McGaughey
Virginia G. Villa