# United States Court of Appeals
## For the First Circuit

---

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must complete this form and return it to the clerk's office no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1213

Case Name: United States v. Stephen L. Voisine

Date of Argument: 1/7/2013

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
United States of America

Attorney Name: Renee M. Bunker          First Circuit Bar No.: 103304

Phone Number: 207-771-3258          Fax Number: 207-780-3304

Email: renee.bunker@usdoj.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Renee M. Bunker                    12/7/2012
(Signature)                              (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.

Print          Save As...          Reset

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2012, I electronically

filed Designation Form upon counsel for appellant, with the

Clerk of Court using the CM/ECF system which will send

notification of such filing to the following:

Virginia G. Villa
Federal Defender's Office
Key Plaza, 2nd Floor
23 Water Street
Bangor, ME 04401
(207) 992-4111 Ext. 102
virginia_villa@fd.org

/s/ Renee M. Bunker
Renee M. Bunker
Assistant U.S. Attorney