# United States Court of Appeals
## For the First Circuit

_____

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1213

Case Name: US v. Stephen L. Voisine

Date of Argument: January 7, 2013

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Stephen L. Voisine, Appellant

Attorney Name: Virginia G. Villa       First Circuit Bar No.: 124707

Phone Number: 207-992-4111       Fax Number: 207-992-9190

Email: virginia_villa@fd.org

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____       December 7, 2012
(Signature)                                    (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.