# United States Court of Appeals
## For the First Circuit

---

No. 12-1213

UNITED STATES

Appellee

v.

STEPHEN L. VOISINE

Defendant - Appellant

---

**ORDER OF COURT**

Entered: December 13, 2012

In accordance with Fed. R. App. P. 34(a)(2)(C), the above-captioned matter is hereby removed from the **Monday, January 7, 2013** oral argument calendar. This case shall be submitted for a decision on the briefs without oral argument.

So ordered.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Renee M. Bunker
Frank T. Lowell
Margaret McGaughey
Virginia Villa