*In Portland:*
DAVID BENEMAN
Federal Defender

J. HILARY BILLINGS
Assistant Federal Defender

# OFFICE OF THE
# FEDERAL DEFENDER
**District of Maine, Bangor Branch**
Key Plaza-Second Floor
23 Water Street, Suite 206
Bangor, Me 04401
Phone: 207-992-4111
Fax: 207-992-9190

*In Bangor:*
VIRGINIA VILLA
Assistant Federal Defender

E-Mail:
Virginia.Villa@fd.org

January 15, 2013

Margaret Carter, Clerk
U.S. Court of Appeals, First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      Re:    **USA v. Stephen Voisine**
                 **First Cir. No. 12-1213**

Dear Ms. Carter:

I am filing this letter pursuant to F.R.A.P. 28(j) to alert the Court to the following citation, which is relevant to Appellant's argument that the construction of the plain language of 18 U.S.C. § 920(a)(33) provides a definition of a "misdemeanor crime of domestic violence" excluding those misdemeanors that do not require proof of violent physical force:

     1.     United States v. Castleman*, 695 F.3d 582 (6th Cir. 2012).

In this decision, the Sixth Circuit joins the Fourth Circuit in determining that the Supreme Court's decision in *United States v. Johnson*, 130 S.Ct. 1265 (2010) compels construing § 922(g)(9) as excluding those misdemeanors involving non-violent physical contacts. I certify by copy of this letter that I have served my client as well as the attorney representing the United States with a copy of this submission.

Sincerely,

/s/ *Virginia G. Villa*

VIRGINIA G. VILLA
Assistant Federal Defender


cc:    Renée Bunker, AUSA
        Stephen Voisine