

**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

*100 Middle Street*     *(207) 780-3257*
*6th Floor, East Tower*     *TTY (207) 780-3060*
*Portland, ME  04101*     *Fax (207) 780-3304*
*www.usdoj.gov/usao/me*

January 16, 2013

Margaret Carter, Clerk
U.S. Court of Appeals for the First Circuit
One Courthouse Way, Ste. 2500
Boston, MA  02210

      Re: <u>United States v. Stephen Voisine</u>, CA No. 12-1213

Dear Ms. Carter:

      Pursuant to Fed.R.App.P. 28(j), the Government submits this response to Appellant's recent letter directing the Court's attention to <u>United States v. Castleman</u>, 695 F.3d 582 (6th Cir. 2012).

      The Government cited <u>Castleman</u> in its brief recitation of other cases Appellant has cited as being favorable to his claim that this Circuit's relevant precedents are outliers. <u>See</u> Gvt.Brf. at 37-38 & n.10.  While the majority opinion in <u>Castleman</u> imported wholesale the Supreme Court's analysis in <u>Johnson v. United States</u>, 130 S.Ct. 1265, 1271-71 (2010), of the violent force required to qualify a predicate as a violent felony for recidivist armed career criminals, the Government maintains that such an approach is inconsistent with the statutes in issue, the Supreme Court's own <u>Johnson</u> opinion and discussion of common-law misdemeanor battery, and this Court's pre- and post-<u>Johnson</u> binding precedent. <u>See</u> Gvt.Brf. at 24-26, 30-33.  The Government would also direct the Court's attention to the substantial dissenting opinion in <u>Castleman</u>, 695 F.3d at 593-97 (McKeague, J. dissenting).  Judge McKeague, in the Government's view, presents the better position and in so doing cites favorably among other circuits' opinions this Court's precedents in <u>United States v. Booker</u>, 644 F.3d 12 (1st Cir. 2011), *cert. denied*, 312 S.Ct. 1538 (2012), and <u>United States v. Nason</u>, 269 F.3d 10 (1st Cir. 2001). <u>See</u> <u>Castleman</u>, 695 F.3d at 594-96.

      Thank you for your assistance.

                                        Sincerely,

                                        Thomas E. Delahanty II
                                        United States Attorney

                                        <u>/s/ Renée M. Bunker</u>
                                        Renée M. Bunker
                                        Assistant U.S. Attorney

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 16, 2013, I electronically filed Rule 28(j) Letter, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Virginia G. Villa
    Federal Defender's Office
    Key Plaza, 2nd Floor
    23 Water Street
    Bangor, ME 04401
    (207) 992-4111 Ext. 102
    virginia_villa@fd.org

            /s/ Robert H. Booth, Jr.
            Robert H. Booth, Jr.
            Paralegal Specialist