# United States Court of Appeals
## For the First Circuit

_____

No. 12-1213

UNITED STATES

Appellee

v.

STEPHEN L. VOISINE

Defendant - Appellant

_____

Before

Lynch, Chief Judge,
Torruella, Boudin[*], Stahl,
Howard and Thompson, Circuit Judges.

_____

**ORDER OF COURT**

Entered: February 8, 2013

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

/s/ Margaret Carter, Clerk.

cc: Margaret McGaughey, Renee Bunker, Frank Lowell, Virginia Villa

---

[*] Judge Boudin did not participate in the vote.