# United States Court of Appeals
## For the First Circuit

No. 12-1213

UNITED STATES

Appellee

v.

STEPHEN L. VOISINE

Defendant - Appellant

**MANDATE**

Entered: February 21, 2013

    In accordance with the judgment of January 18, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


        By the Court:

        /s/ Margaret Carter, Clerk


cc:
Renee M. Bunker
Frank Todd Lowell
Margaret D. McGaughey
Virginia G. Villa