# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 10, 2013

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  William E. Armstrong, III
           v. United States
           No. 12-10209
           (Your No. 12-1216; 12-1213)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 6, 2013 and placed on the docket May 10, 2013 as No. 12-10209.

                      Sincerely,

                      **William K. Suter**, Clerk

                      by

                      Jacob C. Travers
                      Case Analyst