Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 2, 2014

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

      Re:    William E. Armstrong, III
             v. United States
            (Your docket No. 12-1216)
               and
           Stephen L. Voisine
             v. United States
           No. 12-10209   (Your docket No. 12-1213)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled cases. You may obtain a copy of the opinion cited in the judgment by visiting our website @www.supremecourt.gov.

                                   Sincerely,

                                   SCOTT S. HARRIS, Clerk

                                   By *[signature: Elizabeth Brown]*

                                   Elizabeth Brown
                                   Judgments/Mandates Clerk

Enc.
cc:    Virginia Villa, Esq.
        Solicitor General

# Supreme Court of the United States

*No.* 12-10209

**WILLIAM E. ARMSTRONG, III,**

Petitioner

v.

**UNITED STATES**

and

**STEPHEN L. VOISINE,**

Petitioner

v.

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motions of petitioners for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the above court is vacated, and the cases are remanded to the United States Court of Appeals for the First Circuit for further consideration in light of *United States* v. *Castleman,* 572 U. S. ___ (2014).

March 31, 2014



A True Copy
SCOTT S. HARRIS
-Test-
Clerk of the Supreme Court of the United States
By: Cynthia Rapp