# United States Court of Appeals
## For the First Circuit

---

No. 12-1213

UNITED STATES

Appellee

v.

STEPHEN L. VOISINE

Defendant - Appellant

---

No. 12-1216

UNITED STATES

Appellee

v.

WILLIAM E. ARMSTRONG, III

Defendant - Appellant

---

Before

Lynch, Chief Judge,
Torruella and Stahl, Circuit Judges.

---

**ORDER OF COURT**

Entered: May 2, 2014

The United States Supreme Court has issued an order vacating this court's judgments in the above referenced appeals and remanding the matters for further consideration in light of United States v. Castleman, 572 U.S. ___ (2014). The parties shall each file on or before May 16, 2014 a consolidated supplemental brief that addresses Castleman's impact on both cases. Any reply brief shall be filed one week thereafter. The briefs shall comply with the page limits for principal and reply briefs, respectively, in Fed. R. App. P. 32(a)(7). Paper copies of the briefs shall be placed in the mail on the same day that the electronic copies are filed.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Margaret McGaughey
Renee Bunker
Frank Lowell
Gail Malone
Virginia Villa