# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> Appellee | ) <br> ) <br> ) | |
| v. | ) <br> ) | CA. No. 12-1213 |
| **STEPHEN L. VOISINE** <br> Defendant-Appellant | ) <br> ) <br> ) | |
| | ) <br> ) | |
| **UNITED STATES OF AMERICA** <br> Appellee | ) <br> ) <br> ) | |
| v. | ) <br> ) | CA. No. 12-1216 |
| **WILLIAM E. ARMSTRONG, III** <br> Defendant-Appellant | ) <br> ) | |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

NOW COMES the United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, and Renée M. Bunker, Assistant U.S. Attorney, and respectfully moves for a one-week extension of time, from May 16, 2014 to May 23, 2014, for the parties to file their supplemental briefs in the above-captioned cases. In support of this motion, the Government states the following.

1. The Supreme Court has remanded <u>Armstrong</u> and <u>Voisine</u> for further consideration in light of that Court's opinion in <u>United States v. Castleman</u>, 2014 WL 1225196 (Mar. 26, 2014).

2. On May 2, 2014, this Court ordered the parties in <u>Armstrong</u> and <u>Voisine</u> to file simultaneously their supplemental briefs addressing <u>Castleman</u>. The parties initial briefs are currently due to be filed on May 16, 2014 and any reply briefs are to be filed one week thereafter.

3. On May 2, 2014, Government counsel filed its brief in <u>United States v. Ronald Serunjogi</u>, 1st Cir. No. 13-2392.

4. On May 7, 2014, Government counsel filed its brief in <u>United States v. Philip Cote</u>, 1st Cir. No. 13-1873.

5. Government counsel has the following additional briefs due as indicated: the above-referenced briefs in these matters due May 16, 2014; a response to a 28 U.S.C. §2255 petition due in the district court on May 22, 2014 in <u>Paul Sans v. United States</u>, Dist. Ct. Nos. 2:14-cv-00062-GZS, 2:12-cr-00030-GZS-1; a brief in <u>United States v. Joshua Snow</u>, 1st Cir. No. 13-2184, due May 27, 2014; and a brief in <u>United States v. Hasan Worthy</u>, 1st Cir. No. 13-1831, due May 27, 2014.

6. Government counsel has a previously-scheduled large family gathering during the week of May 12, 2014 in celebration of her grandfather's 97th birthday and counsel will have family in town staying at her home for that celebration. Counsel was thus planning to be on annual leave during significant portions of that week.

7. The issues pending in these cases are important and Government counsel has commenced researching them and preparation of its brief. For the above-stated reasons, however, Government counsel requests the additional week to allow for completion and review of the United States' brief(s).

8. Government counsel also has oral argument before this Court in <u>United States v. Paul Arnott</u>, 1st Cir. No. 13-1881, on June 3, 2014.

9. Assistant Federal Defender Virginia G. Villa, counsel for Appellants, does not object to this motion; and the parties agreed that this motion, if granted, should also extend by the same one-week duration the time for Attorney Villa to file her brief.

WHEREFORE, the Government respectfully requests that the Court grant this motion to extend time and order that the parties' each file their opening supplemental briefs on May 23, 2014.

                                        Respectfully submitted,

                                        Thomas E. Delahanty II
                                        United States Attorney

                                        /s/Renée M. Bunker
                                        Assistant U.S. Attorney

Dated: May 8, 2014

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 8, 2014, I electronically filed the foregoing Appellee's Motion to Extend to File Brief with the Clerk of Court using the CM/ECF system and notification of such filing will be sent by U.S. to the following:

Virginia G. Villa
Federal Defender's Office
Key Plaza, 2nd Floor
23 Water Street
Bangor, ME 04401
(207) 992-4111 Ext. 102
virginia_villa@fd.org

                                                        /s/Robert H. Booth, Jr.
                                                        Paralegal Specialist