# United States Court of Appeals
## For the First Circuit

---

No. 12-1213

UNITED STATES

Appellee

v.

STEPHEN L. VOISINE

Defendant - Appellant

---

No. 12-1216

UNITED STATES

Appellee

v.

WILLIAM E. ARMSTRONG, III

Defendant - Appellant

---

**ORDER OF COURT**

Entered:  May 9, 2014

    Appellee's assented to motion for an extension of time for the parties' to file their supplemental briefs is allowed.  The parties' consolidated supplemental briefs shall be filed on or before May 27, 2014.

By the Court:

/s/ Margaret Carter, Clerk.

cc: Margaret McGaughey, Renee Bunker, Frank Lowell, Gail Malone, Virginia Villa