# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 12-1213 |
| v. | ) |
| | ) |
| STEPHEN L. VOISINE, | ) |

**MOTION TO APPOINT COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT OR, IN THE ALTERNATIVE, TO WITHDRAW**

(Local Rule 46.6(c))

**NOW COMES**, Virginia Villa, Assistant Federal Defender, requesting the Court to appoint her pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, or, in the alternative, permission to withdraw as appointed counsel pursuant to First Circuit Local Rule 46.6(c) and appoint substitute counsel. In support of this motion, counsel states the following:

1. I was appointed by the District Court to represent the Appellant/Defendant on a target letter on February 12, 2010. I have represented the Appellant/Defendant through sentencing, his initial appeal to this Court, in the United States Supreme Court on a Petition for Certiorari, and now in this Court once again upon remand from the Supreme Court.

2. Briefing on remand in this case has been completed. This Court has set oral argument to occur on September 8, 2014 at the Federal Courthouse in Boston, Massachusetts.

1

3. Effective August 24, 2014, I will retire from the Federal Public Defender Office in Maine. I am due to relocate to Wisconsin prior to September 1, 2014.

4. I am willing to accept appointment as CJA counsel. In order to give the Court an idea of the financial impact such appointment may have due to my impending relocation, I have determined the cost of an airplane ticket from Minneapolis, MN (the closest major airport) to Boston to be $325. I have also confirmed my ability to obtain housing near Boston for free.

5. If the Court is unwilling to appoint me as CJA counsel, then I request leave to withdraw as counsel of record. Assistant Federal Defender Hilary Billings, who is located in the Portland, Maine Office of the Federal Defender, would be willing to enter an appearance on behalf of Appellant/Defendant. Attorney Billings represents the defendants Carter and Sales, which cases were referenced in counsel's 28j letter filed on July 14, 2014.

6. Counsel avers that the foregoing is true to the best of her knowledge and belief.

**WHEREFORE it is requested that this motion to be appointed as CJA counsel as of August 25, 2014, or in the alternative to withdraw and to appoint AFD Billings, be Granted.**

DATED: July 25, 2014

                            /s/ *Virginia G. Villa*
                            Assistant Federal Defender
                            First Cir. Bar No. **124070**
                            Attorney for Appellant
                            Maine Federal Defender
                            23 Water St., Suite 206
                            Bangor, ME 04401
                            207-992-4111

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014, I electronically filed Appellant's Motion to Appoint Counsel Pursuant to The Criminal Justice Act Or, in the Alternative, to Withdraw with the Clerk of Court using the CM/ECF system which will send notification of such filing to Renée Bunker, Assistant United States Attorney, Office of the United States Attorney, 100 Middle St., East Tower, 6th Floor, Portland, ME 04101.

                                             /s/ Virginia G. Villa
                                            VIRGINIA G. VILLA
                                            Assistant Federal Defender
                                            Federal Defenders of Maine