OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 21, 2014

Attorney Virginia G. Villa
2689 230th Avenue
St. Croix Falls, WI 54024

Re: CJA Forms for 12-1213  US v. Stephen Voisine

Dear Attorney Villa:

    Enclosed please find the vouchers for the above referenced appeal to which you were appointed under the Criminal Justice Ace.

                      Sincerely,

                        /s/Margaret Carter, Clerk

MC:db
attachments

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 01C | VOISINE, STEPHEN L. | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:11-000017-001 | X:12-001213-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. VOISINE | Other | Appellant | Appeal of Trial Disposition |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**
VILLA, VIRGINIA G
2689 230th Avenue
St. Croix  WI  54024

Telephone Number: 207-745-6136

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
- [ ] Other (See Instructions)

/s/Donna Barchard
Signature of Presiding Judicial Officer or By Order of the Court
07/28/2014
Date of Order          Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| **In Court** d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $         )  TOTALS: | | | | | |
| **16.** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| **Out of Court** c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| (Rate per hour = $         )  TOTALS: | | | | | |
| **17.** Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses   (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [ ] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   [ ] YES   [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

**APPROVED FOR PAYMENT -- COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

**CJA 21  AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 01C | VOISINE, STEPHEN L. | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:11-000017-001 | X:12-001213-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. VOISINE | Other | Appellant | Appeal of Trial Disposition |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section). If more than one offense, list (up to five) major offenses charged, according to severity of offense.

---

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (Note: Prior authorization should be obtained for services in excess of $800)

_____   _____
Signature of Attorney                           Date

☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**Attorney's name** (First name, Middle initial, Last name, including suffix) **and mailing address.**

Telephone Number: _____

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See instructions)

**14. TYPE OF SERVICE PROVIDER**

| 01 ☐ Investigator | 20 ☐ Legal Analyst/Consultant |
| 02 ☐ Interpreter/Translator | 21 ☐ Jury Consultant |
| 03 ☐ Psychologist | 22 ☐ Mitigation Specialist |
| 04 ☐ Psychiatrist | 23 ☐ Duplication Services (See Instructions) |
| 05 ☐ Polygraph Examiner | 24 ☐ Other (specify) |
| 06 ☐ Documents Examiner | |
| 07 ☐ Fingerprint Analyst | 25 ☐ Litigation Support Services (See Instructions) |
| 08 ☐ Accountant | 26 ☐ Computer Forensics Expert (See Instructions) |
| 09 ☐ CALR (Westlaw/Lexis,etc) | |
| 10 ☐ Chemist/Toxicologist | |
| 11 ☐ Ballistics Expert | |
| 13 ☐ Weapons/Firearms/Explosive Expert | |
| 14 ☐ Pathologist/Medical Examiner | |
| 15 ☐ Other Medical Expert | |
| 16 ☐ Voice/Audio Analyst | |
| 17 ☐ Hair/Fiber Expert | |
| 18 ☐ Computer (Hardware/Software/Systems) (See Instructions) | |
| 19 ☐ Paralegal Services | |

**15. Court Order**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 12 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____   _____
Date of Order              Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

---

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) **and MAILING ADDRESS**

TIN: _____
Telephone Number: _____

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** _____ **TO** _____
**CLAIM STATUS**  ☐ Final   ☐ Interim Payment Number _____   ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____   Date: _____

**18. CERTIFICATION OF ATTORNEY:** I hereby certify that the services were rendered for this case.

Signature of Attorney: _____   Date: _____

---

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

**23.** ☐ Either the cost (excluding expenses) of these services does not exceed $800, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $800.

_____   _____   _____
Signature of Presiding Judicial Officer   Date   Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)**

_____   _____   _____
Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code