# United States Court of Appeals
## For the First Circuit

———

```
Nos. 12-1213
    12-1216
```

UNITED STATES OF AMERICA,

Appellee,

v.

STEPHEN L. VOISINE; WILLIAM E. ARMSTRONG III,

Defendants, Appellants.

———

**ERRATA SHEET**

The opinion of this Court issued on January 30, 2015, is amended as follows:

On page 12, line 11, add "To begin, § 16(a) prohibits 'use of physical force <u>against the person or property of another</u>,' language crucial to the Supreme Court's holding in <u>Leocal</u> but absent from the definition at issue here.  <u>See</u> <u>Leocal</u>, 543 U.S. at 8-10."