# United States Court of Appeals
## For the First Circuit

Nos. 12-1213
     12-1216

UNITED STATES OF AMERICA,

Appellee,

v.

STEPHEN L. VOISINE; WILLIAM E. ARMSTRONG III,

Defendants, Appellants.

Before

Lynch, Chief Judge,
Torruella, Stahl, Howard, Thompson, Kayatta and Barron,
Circuit Judges.

**ORDER OF COURT**
**Entered: March 31, 2015**

    The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

    **TORRUELLA, Circuit Judge, Dissenting.** I dissent from the denial of en banc hearing, as I believe that this case meets our standards for rehearing for a conflict of law, and for the reasons explained in my dissent to the panel opinion.

By the Court:
/s/ Margaret Carter, Clerk

cc: Ms. Bunker, Ms. Malone, Mr. Lowell, Ms. McGaughey & Ms. Villa