# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 9, 2015

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Stephen L. Voisine and William E. Armstrong, III
           v. United States
           No. 14-10154
           (Your No. 12-1213, 12-1216)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 4, 2015 and placed on the docket June 9, 2015 as No. 14-10154.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst