# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 30, 2015

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Stephen L. Voisine and William E. Armstrong, III
v. United States
No. 14-10154
(Your No. 12-1213, 12-1216)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioners for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted limited to Question 1 presented by the petition.

Sincerely,

Scott S. Harris, Clerk