# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 4, 2016

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210


**Re:   No. 14-10154    Stephen L. Voisine and William E. Armstrong, III v.
       United States**
       (Your No. 12-1213, 12-1216)


Dear Clerk:


Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number.  It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted.  Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me.  Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

By


Kevin C. Brown
Assistant Clerk
202-479-3013



cc:  Counsel of Record