OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER  
CLERK

JOHN JOSEPH MOAKLEY  
UNITED STATES COURTHOUSE  
1 COURTHOUSE WAY, SUITE 2500  
BOSTON, MA 02210  
(617) 748-9057

January 6, 2016

Christa K. Berry, Clerk  
US District Court of Maine  
156 Federal St.  
Portland ME 04101

    Re:  US v. Voisine  
        Appeal No. 12-1213  
        (Your No. 11-cr-00017-JAW-1)  
        US v. Armstrong  
        Appeal No. 12-1216  
        (Your No. 11-cr-00050-JAW-1)  
        (US Supreme Court No. 14-116)

Dear Clerk Berry:

    Enclosed please find a copy of a letter to the United States Supreme Court regarding the above-referenced case.

    Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

    Thank you for your cooperation.

                                        Sincerely,  
                                        Adam Sparrow  
                                        Case Manager  
                                        US Court of Appeals  
                                        for the First Circuit  
                                        (617) 748-9060

enc.

cc:  
Gail Fisk Malone  
Virginia G. Villa  
Renee M. Bunker  
Frank Todd Lowell  
Margaret D. McGaughey